UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANATOLIY MIKITYUK, MITCH TALLUNGAN, and WADE HONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CISION US INC. and CISION LTD.,<br><br>Defendants. | Case No. 21-cv-00510-LJL<br><br>**NOTICE OF REWEWED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>*Oral Argument Requested* |

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Renewed Motion for Leave to File a Third Amended Complaint, and the Declaration of Melissa L. Stewart in Support of Plaintiffs' Renewed Motion and exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs leave to file the Third Amended Complaint, attached to the Declaration of Melissa L. Stewart as Exhibit B.

| | |
|---|---|
| Dated: October 21, 2021<br>New York, NY | Respectfully submitted,<br><br>By: */s/ Melissa L. Stewart*<br>**OUTTEN & GOLDEN LLP**<br>Melissa L. Stewart<br>Eliana J. Theodorou<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br><br>Daniel Stromberg<br>Hannah Cole-Chu*<br>601 Massachusetts Avenue NW, Suite 200W<br>Washington, D.C. 20001<br>Telephone: (202) 847-4400<br>Facsimile: (202) 847-4010<br><br>***Attorneys for Plaintiffs, the Putative Collective, and the Putative Classes***<br><br>**Admitted Pro Hac Vice* |

## CERTIFICATION OF SERVICE

I hereby certify that on October 21, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record in this matter.


By:  */s/ Melissa L. Stewart*
      Melissa L. Stewart