```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ANATOLIY MIKITYUK, et al.,                                         :
                                                                   :
                        Plaintiffs,                                :
                                                                   :   21-cv-510 (LJL)
        -v-                                                        :
                                                                   :   ORDER
CISION US INC. and CISION LTD.,                                    :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2021

LEWIS J. LIMAN, United States District Judge:

Plaintiffs move to compel discovery. Dkt. No. 152. It appears that the items in dispute either have been rendered moot or are the subject of meet and confer discussions between the parties. Dkt. Nos. 155, 157. Accordingly, the motion at Dkt No. 152 is denied without prejudice to renewal should the parties not reach agreement.

The Clerk of Court is respectfully directed to close Dkt. No. 152.

SO ORDERED.

Dated: November 19, 2021
       New York, New York
                                                       _____
                                                            LEWIS J. LIMAN
                                                       United States District Judge