UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANATOLIY MIKITYUK *et al.*,<br><br>                **Plaintiffs,**<br><br>  -v-<br><br>CISION US INC. *et al.*,<br><br>              **Defendants.** | Case No.: 1:21-cv-00510 (LJL) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Arent Fox LLP has changed its firm name to ArentFox Schiff LLP.  Accordingly, the email addresses for counsel for Defendants Cision US Inc., Cision Ltd., Falcon Social Inc., and Falcon.io US, Inc. have changed as follows:

| | |
|---|---|
| Linda Jackson<br>linda.jackson@afslaw.com | Eric Roman<br>eric.roman@afslaw.com |
| Alexandra Romero<br>alexandra.romero@afslaw.com | Paul Lynd<br>paul.lynd@afslaw.com |

All other contact information for counsel remains the same.

Dated: May 4, 2022

Respectfully Submitted,

By: */s/ Linda M. Jackson*
Linda M. Jackson (*pro hac vice*)
Alexandra M. Romero (*pro hac vice*)
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Tel.: (202) 857-6000
linda.jackson@arentfox.com
alexandra.romero@arentfox.com

Eric Roman (Bar No. 2827657)
ARENT FOX LLP
1301 Avenue of the Americas, 42 Floor
New York, NY 10019
Tel.: (212) 492-3283
eric.roman@arentfox.com

2

        Paul R. Lynd (*pro hac vice*)
        ARENT FOX LLP
        55 Third Street, 21st Floor
        San Francisco, CA 94105
        Tel: (415) 805-7968
        paul.lynd@arentfox.com

*Counsel for Defendants*